UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FORREST LEE JONES, | ) | 1:06-CV-00539 AWI SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER STAYING COURT ORDER OF |
| v. | ) | JUNE 19, 2006, WHICH DIRECTED |
| | ) | RESPONDENT TO FILE A RESPONSE |
| | ) | |
| JEANNE S. WOODFORD, | ) | [Doc. #6] |
| | ) | |
| Respondent, | ) | |
| | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On May 4, 2006, Petitioner filed a habeas petition in this Court. On June 19, 2006, this Court issued an order directing Respondent to file a response.

On June 28, 2006, Petitioner filed a first amended petition. Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> (a) Amendments. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the

party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Because Respondent has not yet filed a responsive pleading, Petitioner's may file a first amended petition as a matter of course.

Accordingly, at this time, the order of June 19, 2006, directing Respondent to file a response is HEREBY STAYED.

IT IS SO ORDERED.

**Dated:    July 6, 2006**                                    **/s/ Sandra M. Snyder**
icido3                                                                    UNITED STATES MAGISTRATE JUDGE