UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FORREST LEE JONES, | ) | 1:06-CV-00539 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO RETURN LODGED SECOND |
| v. | ) | AMENDED PETITION |
| | ) | |
| JEANNE S. WOODFORD, | ) | [Doc. #12] |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 4, 2006, Petitioner filed a petition for writ of habeas corpus. After conducting a preliminary review of the petition, on June 19, 2006, the Court issued an order directing Respondent to file a response to the petition. On June 28, 2006, Petitioner filed a first amended petition. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the first amended petition was accepted for filing. On July 7, 2006, the order directing Respondent to file a response was vacated. The undersigned issued a Findings and Recommendation with respect to the first amended petition on that same date.

    Petitioner filed objections on July 17, 2006, along with a second amended petition. Rule

15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> (a) Amendments. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Petitioner has made no showing of good cause to amend the petition a second time.

Accordingly, the Clerk of Court is DIRECTED to return Petitioner's second amended petition unfiled.

IT IS SO ORDERED.

**Dated:   July 26, 2006**                              **/s/ Sandra M. Snyder**
icido3                                                  UNITED STATES MAGISTRATE JUDGE