UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FORREST LEE JONES, | ) | 1:06-CV-00539 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION [Doc. #8] |
| | ) | |
| | ) | ORDER DISMISSING GROUND TWO |
| | ) | FROM THE FIRST AMENDED PETITION |
| v. | ) | FOR WRIT OF HABEAS CORPUS [Doc. #7] |
| | ) | |
| | ) | ORDER LIFTING STAY OF ORDER |
| | ) | DIRECTING RESPONDENT TO FILE A |
| | ) | RESPONSE [Doc. #9] |
| | ) | |
| JEANNE S. WOODFORD, | ) | ORDER GRANTING PETITIONER LEAVE |
| | ) | TO FILE OPPOSITION TO MOTION TO |
| Respondent. | ) | DISMISS |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 7, 2006, the Magistrate Judge issued Findings and Recommendation that recommended Ground Two of the First Amended Petition be DISMISSED as successive. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On July 17, 2006, Petitioner filed objections to the Findings and Recommendation wherein

1 Petitioner agreed that the ground is successive and requested that the action proceed on the original
2 ground for relief.
3    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
4 *novo* review of the case.  Having carefully reviewed the entire file and having considered the
5 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
6 supported by the record and proper analysis.
7    Accordingly, IT IS HEREBY ORDERED that:
8 1. The Findings and Recommendation issued July 7, 2006, is ADOPTED IN FULL;
9 2. Ground Two of the First Amended Petition is DISMISSED;
10 3. The stay of the order directing Respondent to file a response is LIFTED;
11 4. Respondent's motion to dismiss filed on July 19, 2006, is DEEMED timely filed; and
12 5. Petitioner is GRANTED thirty (30) days from the date of service of this order to file
13    an opposition to Respondent's motion to dismiss.

15 IT IS SO ORDERED.
16 **Dated:   July 29, 2006**                    **/s/ Anthony W. Ishii**
   0m8i78                                        UNITED STATES DISTRICT JUDGE