UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FORREST LEE JONES, | ) | 1:06-CV-00539 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #17] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| JEANNE S. WOODFORD, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 23, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED for failure to exhaust state remedies.  The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On September 7, 2006, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1  *novo* review of the case.  Having carefully reviewed the entire file and having considered the
2  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
3  supported by the record and proper analysis, and there is no need to modify the Findings and
4  Recommendations based on the points raised in the objections.

5        Petitioner requests that the petition be stayed and held in abeyance pending exhaustion of his
6  claims in the California Supreme Court. However, the entire petition is unexhausted. 28 U.S.C.
7  § 2254(b)(1) requires dismissal of the petition.  Petitioner claims dismissal will result in Petitioner
8  being barred from refiling his petition, because Respondent may then argue the petition should be
9  dismissed as successive. Petitioner's arguments are misplaced. A dismissal for failure to exhaust is
10 not a dismissal on the merits, and Petitioner will not be barred from returning to federal court after
11 Petitioner exhausts available state remedies by 28 U.S.C. § 2244 (b)'s prohibition on filing second
12 petitions.  See In re Turner, 101 F.3d 1323 (9th Cir. 1996).

13       Accordingly, IT IS HEREBY ORDERED that:
14       1. The Findings and Recommendation issued August 23, 2006, is ADOPTED IN FULL;
15       2. Respondent's Motion to Dismiss is GRANTED
16       3. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and
17       4. The Clerk of Court is DIRECTED to enter judgment.

19 IT IS SO ORDERED.

20 **Dated:   October 3, 2006**             /s/ Anthony W. Ishii
   0m8i78                                  UNITED STATES DISTRICT JUDGE